IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JANIEKA HARRISON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:25-cv-560-RAH-JTA |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

On July 23, 2025, Plaintiff Janieka Harrison filed a Motion for Preliminary Injunction, which was embedded within her complaint (doc. 1 at 6). On August 21, 2025, the Magistrate Judge filed a Recommendation (doc. 24) which recommended that the Motion for Preliminary Injunction be denied. No objection has been filed.

Upon an independent review of the file and upon consideration of the Recommendation, it is **ORDERED** as follows:

1. The Magistrate Judge's Recommendation (doc. 24) is **ADOPTED**; and

2. Harrison's Motion for Preliminary Injunction (doc. 1 at 6) is **DENIED**

**DONE** and **ORDERED** on this the 22nd day of September 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE